UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: RYAN CHRISTOPHER NETT | ) | |
| | ) | CHAPTER 7 BANKRUPTCY |
| DEBTOR | ) | CASE NO. 14-30621 |
| | ) | |

MOTION TO HOLD DISCHARGE IN ABEYANCE

Comes the Chapter 7 Trustee, William J. Clarke, and herein moves the Court to enter an Order holding the Debtor's discharge in abeyance on the grounds that certain documents and information requested at the §341 meeting on March 27, 2014 have not yet been produced to the Trustee. The documents missing from the aforesaid Debtor's compliance are as follows:

1. Information concerning a pre-petition personal injury/worker's compensation claim, including the status of the claim and contact information for the attorney representing the Debtor in prosecuting the claim; and,

2. JP Morgan Chase Bank statement for the period from 1-23-14 through 2-21-14.

Until the documents and information have been produced to the Trustee, the Debtor's discharge in this case should be withheld.

Respectfully submitted,

*/s/ William J. Clarke*
William J. Clarke
Chapter 7 Trustee
7982 New LaGrange Road
Suite One
Louisville, Kentucky  40222
Phone:  (502) 327-6787

<u>CERTIFICATE</u>

It is hereby certified that a true copy of the foregoing was served upon the following through the Court's Electronic Case Filing system on this 28th day of May, 2014.

| | |
|---|---|
| Kimberly L. Staples, Esq. | United States Trustee |
| Attorney for the Debtor | U. S. Courthouse |
| 385 West Lincoln Trail Boulevard | 601 West Broadway |
| Radcliff, Kentucky  40160 | Room 512 |
| | Louisville, Kentucky  40202 |

*/s/ William J. Clarke*
William J. Clarke