UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:   RYAN CHRISTOPHER NETT         )
                                       )    CHAPTER 7 BANKRUPTCY
              DEBTOR                   )    CASE NO. 14-30621
                                       )

ORDER HOLDING DISCHARGE IN ABEYANCE

This matter having come before the Court on the Motion of the Chapter 7 Trustee, William J. Clarke, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the discharge for the Debtor be held in abeyance pending complete turnover of the following:

1. Information concerning a pre-petition personal injury/worker's compensation claim, including the status of the claim and contact information for the attorney representing the Debtor in prosecuting the claim; and,

2. JP Morgan Chase Bank statement for the period from 1-23-14 through 2-21-14.

Tendered By:

William J. Clarke
Chapter 7 Trustee
7982 New LaGrange Road
Suite One
Louisville, Kentucky  40222